SÁNCHEZ, RECURRENTE, v. EL REGISTRADOR DE CAGUAS, RECURRIDO.

RECURSO gubernativo contra nota del Registrador de là Propiedad de Caguas denegatoria de inscripción de una escritura de venta judicial.

No. 426.—Resuelto en julio 28, 1919.

BIENES DE MENORES—VENTA DE BIENES DE MENORES A VIRTUD DE SENTENCIA—SENTENCIAS DE CORTES MUNICIPALES—JURISDICCIÓN.—Una corte municipal carece de jurisdicción para ordenar la venta de bienes en que estén interesados menores de edad, en un procedimiento *ex parte;* pero la venta de bienes de menores ordenada por sentencia en pleito ante una corte municipal que tiene competencia por razón de la materia y jurisdicción sobre la persona de los menores demandados, es válida.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Joaquín Vendrell.*

El registrador recurrido compareció por escrito en nombre propio.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Aunque la negativa a inscribir el documento presentado en este caso se basa en dos fundamentos, el recurrente solamente solicitó la revocación de la nota del registrador por uno solo de dichos fundamentos, o sea que la corte municipal no tiene derecho a ordenar la venta de bienes de menores en ejecución de sentencia dictada contra los mismos. En el caso de *Flores* v. *El Registrador,* 19 D. P. R., 1020, resolvimos que procede la ejecución de bienes de menores por virtud de una sentencia de una corte municipal. Aunque se comenta o distingue el caso de Flores por una corte dividida en el caso de *García* v. *El Registrador de Guayama,* 23 D. P. R., 426, el principio de que pueden alcanzarse de

este modo los bienes de menores en procedimientos de eje-
cución de sentencia no quedó afectado.   Debe revocarse la
nota del registrador en tanto por ella se niega la inscripción
por el fundamento que ha sido discutido, y confirmarse por
el otro motivo, o sea que la finca no fué inscrita a nombre
de la sucesión.

> *Revocada en parte la nota recurrida, y con-*
> *firmada en parte por el fundamento de no*
> *aparecer la finca inscrita a nombre de la*
> *sucesión.*

Jueces concurrentes: Sres. Asociados del Toro, Aldrey
y Hutchison.

El Juez Presidente Sr. Hernández no tomó parte en la
resolución de este caso.